Shelley C. Addison SBN: 178846
Dun & Martinek LLP
2313 I Street
P.O. Box 1266
Eureka, CA  95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251

James C. Paul SBN: 182104
Ferenczy + Paul LLP
2356 Gold Meadow Way, Suite 240
Gold River, CA 95670
Telephone: (916) 403-7240
Facsimile: (404) 320-1105

Attorneys for Defendant,
SIERRA PACIFIC INDUSTRIES
HEALTH BENEFIT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA, a California Corporation; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; SIERRA PACIFIC INDUSTRIES HEALTH BENEFITS PLAN, a California Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01956-GEB-EFB<br><br>STIPULATION TO REMAND REMOVED ACTION; [PROPOSED] ORDER THEREON |

DOCTORS MEDICAL CENTER OF MODESTO ("DMCM" or "Plaintiff") and BLUE

CROSS OF CALIFORNIA doing business as ANTHEM BLUE CROSS, ANTHEM BLUE CROSS

LIFE AND HEALTH INSURANCE COMPANY, and SIERRA PACIFIC INDUSTRIES HEALTH BENEFITS PLAN ("Defendants") stipulate as follows:

1. On August 13, 2013, DMCM commenced an action in the Superior Court of the State of California in and for the County of Stanislaus, entitled DOCTORS MEDICAL CENTER OF MODESTO, INC., a California Corporation, Plaintiff, vs. BLUE CROSS OF CALIFORNIA, a California Corporation; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; SIERRA PACIFIC INDUSTRIES HEALTH BENEFITS PLAN (the "Plan"), a California Corporation; and DOES 1 through 25, inclusive, Defendants, as Case Number 2001739 (the "Action").

2. The Plan acknowledged service of the complaint on or about August 21, 2013.

3. September 20, 2013, the Plan filed a notice of removal of the Action pursuant to 28 U.S.C. §1441(b) with the United States District Court for the Eastern District of California.

4. On September 23, 2013, the Plan completed the removal process by filing a conformed copy of the notice of removal with the Stanislaus County Superior Court.

5. After some discussion, the parties have agreed that the Action should be remanded to the Stanislaus County Superior Court. Plaintiff's Complaint does not assert an ERISA §502(a) claim or seek ERISA benefits; rather it asserts state law tort and contract claims. The Ninth Circuit has recognized a hospital provider's right to assert state law causes of action and have them heard in state court – Such claims are not preempted by ERISA. Marin General Hosp. v. Modesto & Empire Traction Co. (9th Cir. 2000) 582 F.3d. 941, 943; Catholic Healthcare West-Bay Area v. Seafarers Health and Benefits Plan, No. 07-15281, 2008, U.S. App. LEXIS 26734, 2008 WL 4951648, at *1 (9th Cir. Nov. 18, 2008) (finding the plaintiff hospital's state law claims against an ERISA plan for breach of implied contract, negligent misrepresentation, estoppel, quantum meruit, and a common count for services rendered were not preempted.) Thus, the parties hereby stipulate that the Action should be remanded to Stanislaus County Superior Court.

//
//
//

1      6.      The Parties further stipulate that each party shall bear its own attorneys' fees and costs
2 with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated: October 15, 2013                              DUN & MARTINEK LLP


/s/Shelley C. Addison
Shelley C. Addison
Attorney for Defendant
Sierra Pacific Industries
Health Benefits Plan


Dated: October 15, 2013                              FERENCZY + PAUL LLP


/s/James C. Paul
James C. Paul
Attorney for Defendant
Sierra Pacific Industries
Health Benefits Plan


Dated: October 15, 2013                              HELTON LAW GROUP, APC


/s/Kim Worobec
Kim Worobec
Attorneys for Plaintiff
Doctors Medical Center of Modesto, Inc.

Dated: October 15, 2013                              ANTHEM BLUE CROSS
                                                     Legal Department


/s/Janet Andrea
Janet Andrea
Attorneys for Defendants
Blue Cross of California dba Anthem Blue
Cross and Anthem Blue Cross and Health
Insurance Company

**ORDER**

On October 16, 2013, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. This case is remanded to Stanislaus County Superior Court.

IT IS SO ORDERED.

Dated:  October 16, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge